COZEN O'CONNOR
GUY A. BELL (GB-1217)
45 BROADWAY, 16TH FLOOR
NEW YORK, NEW YORK 10006
(212)509-9400
ATTORNEYS FOR PLAINTIFF



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**JUDGE CHIN**

GREAT LAKES REINSURANCE (UK) PLC as subrogee of SONY BMG MUSIC ENTERTAINMENT/HSI PRODUCTIONS,

    Plaintiff,

v.

WOOSTER PARKING CORPORATION

    Defendant.

07 CV 10603

CIVIL ACTION NO.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Great Lakes Reinsurance (UK) PLC, as subrogee of SONY BMG Music Entertainment/HSI Productions, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Muenchener Rueckversicherungs

    **(SEE ATTACHED)**

Dated: New York, New York
       November 26, 2007

                              COZEN O'CONNOR

                              By: _____
                                  GUY A. BELL, ESQ. (GB-1217)
                                  *Attorneys for Plaintiff*
                                  45 Broadway, 16th floor
                                  New York, New York 10006
                                  (212) 509-9400

NEWYORK_DOWNTOWN\268870\1 187841.000

MUENCHENER RUECKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT IN MUENCHEN-CONSOLIDATED

## FIVE YEAR RATING HISTORY
### Rating as of July 22, 2005: A+ r

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 01/13/05 | A+ r | 06/17/02 | A+ r |
| 04/26/04 | A+ r | 04/11/01 | A+ r |
| 06/13/03 | A+ r | 12/14/00 | A+ r |

### KEY FINANCIAL INDICATORS ($000)

| | Statutory Data | | | | |
|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
| 2000 | 21,344 | ... | 234 | 168 | 11,602 | 10,245 |
| 2001 | 21,413 | ... | 398 | 170 | 14,113 | 10,495 |
| 2002 | 26,136 | ... | 351 | 223 | 19,683 | 10,547 |
| 2003 | 32,301 | ... | 562 | 627 | 23,082 | 11,381 |
| 2004 | 16,626 | ... | 543 | 595 | 17,591 | 11,861 |

| | Profitability | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2000 | ... | 8.2 | ... | ... | ... | 0.1 | 855.2 | -99.9 |
| 2001 | ... | 5.7 | ... | ... | ... | 0.3 | 390.1 | -99.9 |
| 2002 | ... | 4.5 | ... | ... | ... | 0.8 | 215.5 | 999.9 |
| 2003 | ... | 4.7 | ... | ... | ... | 0.9 | 197.3 | 260.1 |
| 2004 | ... | 4.9 | ... | ... | ... | 0.3 | 307.0 | 999.9 |
| 5-Yr | ... | 5.2 | 0.0 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Private Passenger Auto & Homeowners Composite.

### BUSINESS REVIEW
For a detailed discussion of business review, refer to the report of COUNTRY Insurance & Financial Services.

**Direct Premium Writings By Product Lines:** Direct Premiums written at the last year end totaled ($000) $16,626, and were distributed as follows: Homeowners, $3,088; Auto Physical, $5,923; Priv Pass Auto Liab, $7,532; All Other, $83.

**Major 2004 Direct Premium Writings by State ($000):** Wisconsin, $13,056 (78.5%); Minnesota, $3,423 (20.6%); North Dakota, $147 (0.9%).

### CAPITALIZATION
For a detailed discussion of capitalization, refer to the report of COUNTRY Insurance & Financial Services.

### HISTORY
The company was incorporated on January 1, 1984 under the laws of Wisconsin and began business on April 1, 1984 as MSI Insurance Company. The current title was adopted on June 27, 2000.

Paid-in capital of $2,000,000 consists of 20,000 common shares at $100 par value each. All authorized shares are issued and outstanding.

On June 29, 2000, the MSI Insurance Companies entered into a strategic alliance with COUNTRY Mutual Insurance Company (COUNTRY Mutual), the lead property/casualty company of COUNTRY, effective 1/1/2000. Mutual Service Casualty Insurance Company (Mutual Service Casualty) sold a 60% interest in its subsidiary, MSI Insurance Company (now known as MSI Preferred Insurance Company) to COUNTRY Mutual. This transaction provides the MSI Insurance Companies with geographic diversification and improved financial strength. The premiums and losses produced by the MSI personal lines agents will be combined with the larger base of premiums and losses of the COUNTRY's property and casualty entities.

### MANAGEMENT
Sixty percent of MSI Preferred Insurance Company's capital stock is owned by COUNTRY Mutual, with the balance owned by Mutual Service Casualty. Operations are under the direction of John D. Blackburn, chief executive officer of COUNTRY, who has been with COUNTRY since 1982 and in his current position since 2001.

**Officers:** Chairman, John D. Blackburn; Vice Chairman and President, Barbara A. Baurer; Executive Vice President and Chief Financial Officer, David A. Magers; Executive Vice President, Secretary and General Counsel, Paul M. Harmon; Executive Vice Presidents, Deanna L. Frautschi, Robert W. Rush, Jr., Doyle J. Williams; Senior Vice Presidents, Jeffrey C. Gendron, Alan T. Reiss (Service Operation); Vice President and Treasurer, William J. Hanfland (Finance); Vice President and Chief Actuary, Richard A. Bill; Vice President and Controller, Peter J. Borowski; Vice President, Joseph E. Painter (Customer Service Operations); General Manager, John J. Jolliff (Property/Casualty Operations).

**Directors:** Barbara A. Baurer, John D. Blackburn, Terrence J. Bohman, Paul M. Harmon, Gasper Kovach, Jr., David A. Magers, John B. Shaffer.

### REGULATORY
An examination of the financial condition was made as of December 31, 2002 by the Insurance Department of Wisconsin. An annual independent audit of the company is conducted by Ernst & Young, LLP. An annual evaluation of reserves for unpaid losses and loss adjustment expenses is made by Richard A. Bill, FCAS, MAAA, vice president and chief actuary.

**Territory:** The company is licensed in Minnesota, North Dakota and Wisconsin.

### REINSURANCE PROGRAMS
For a detailed discussion of reinsurance, refer to the report of COUNTRY Insurance & Financial Services.

### BALANCE SHEET
#### ADMITTED ASSETS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| Bonds | 12,748 | 15,198 | 72.5 | 65.8 |
| Cash & short-term invest | 1,416 | -1,487 | 8.0 | -6.4 |
| Total invested assets | 14,163 | 13,710 | 80.5 | 59.4 |
| Premium balances | 146 | 4,328 | 0.8 | 18.7 |
| Accrued interest | 142 | 172 | 0.8 | 0.7 |
| All other assets | 3,140 | 4,872 | 17.8 | 21.1 |
| Total assets | 17,591 | 23,082 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| All other liabilities | 5,730 | 11,701 | 32.6 | 50.7 |
| Total liabilities | 5,730 | 11,701 | 32.6 | 50.7 |
| Capital & assigned surplus | 9,887 | 9,887 | 56.2 | 42.8 |
| Unassigned surplus | 1,974 | 1,494 | 11.2 | 6.5 |
| Total policyholders' surplus | 11,861 | 11,381 | 67.4 | 49.3 |
| Total liabilities & surplus | 17,591 | 23,082 | 100.0 | 100.0 |

### SUMMARY OF 2004 OPERATIONS ($000)

| Statement of Income | 12/31/04 | Funds Provided from Operations | 12/31/04 |
|---|---|---|---|
| Premiums earned | ... | Premiums collected | 2,721 |
| Losses incurred | ... | Benefit & loss related pmts | 283 |
| Undrw expenses incurred | 46 | LAE & undrw expenses paid | 546 |
| Net underwriting income | -46 | Undrw cash flow | 1,485 |
| Net investment income | 677 | Investment income | 1,039 |
| Other income/expense | -89 | Other income/expense | -89 |
| Pre-tax oper income | 543 | Pre-tax cash operations | -534 |
| Realized capital gains | 109 | | |
| Income taxes incurred | 57 | Income taxes pd (recov) | -4,099 |
| Net income | 595 | Net oper cash flow | -3,933 |

---

## MUENCHENER RUECKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT IN MUENCHEN-CONSOLIDATED

Koeniginstrasse 107, D-80802 Muenchen, Germany
Web: www.munichre.com

Tel: 49-89-38-91-0    Fax: 49-89-3891-
AMB#: 86577
**Publicly Traded Corporation:** Muenchener Rueckversicherungs
XETRA: MUV2

### BEST'S RATING
Based on our opinion of the company's Financial Strength, it is assigned a Best's Rating of A+ (Superior). The company's Financial Size Category is Class XV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE
**Under Review Rationale:** The under review placement follows Munich Re's recent announcement that it is reviewing American Re's reserve position and A.M. Best concerns about the potential negative impact on the company's consolidated 2005.

Rating [truncated] business [truncated] insurance [truncated] company [truncated]
The ne... prospectiv... given the... and contin... Strong Munich R... current ra... year-end re... write-down Munich [truncated] 2005, bene... reinsurance claims patte... from Hypo-... capital of th... Potential risk-adjusted volatility of participation premium vol... uncertainties inflation in t... cyclicality o... earnings cont... experienced f... catastrophe. experienced i... moderately th... Excellent B... business positi... of the market le... months of 2004 the majority of... demand for lif... products earlier

**Best's Rating:**

0
1
0(
0
0

Munich Re has market and an exce... its subsidiary ER(... group. In addition, Europe. It is also t... countries where it o... A.M. Best's ex... decreased moderate business continues t... nine months of 20(... targets in non-life growing very moder... of automatic adjustm... In life, increased d... following new taxat... maturities leading to decline of 1.6% to EU growth remains stro... creased to EUR 5.7 larger treaties under Overall premium newals in property/... able overall premium insurance to continue... loss premium from p... creasing domestic co... market) and Ergo's mat... roduction of new tax-

consolidated risk-adjusted capitalisation as well as consolidated earnings in 2005.

**Rating Rationale:** The rating reflect Munich's Re superior reinsurance business profile world-wide and excellent position in the German primary insurance market via its majority owned subsidiary Ergo. It also reflects the company's strong consolidated earnings and risk-based capital.

The negative outlook on the issuer credit and debt ratings reflects the prospective pressure on Munich Re's consolidated capitalisation primarily given the potential for further adverse reserve development at American Re and continued small profit contributions from primary operations.

Strong consolidated earnings, particularly from non-life reinsurance, Munich Re's consolidated earnings remain within a range supporting the current rating levels after factoring the announced expected decline in year-end results from the EUR 2.5 billion (USD 3.2 billion) pre-tax special write-down of Hypo-Vereinsbank, in which Munich holds an 18.34% stake.

Munich Re could reach its goal of 12% after-tax return on equity at year-end 2005, benefiting from a relatively stable pricing environment in non-life reinsurance. However, A.M. Best anticipates this will only be feasible if claims patterns for U.S. liability lines do not change and no further charges from Hypo-Vereinsbank are incurred. In any case, restoring the effect on capital of the recent hurricanes and Hypo-Vereinsbank will be challenging.

Potential pressures on Risk-Based Capital: Munich Re's consolidated risk-adjusted capitalisation has stabilised in 2004 as a result of the diminished volatility of its equity portfolio, in particular following the reduction of its participation in Allianz and Hypo-Vereinsbank, and a decline in reinsurance premium volume. However, A.M. Best believes that pressure could arise from uncertainties regarding overall claims pattern and future liability claims inflation in the United States and lower prospective earnings due to the cyclicality of non-life reinsurance business unlikely to be offset by the earnings contribution from primary insurance. At last renewals, Munich Re experienced falling rates in some of areas such as North American property catastrophe. Recent catastrophes are unlikely to reverse the softening experienced in 2004, but 2005 rates could be maintained or soft more moderately than initially expected.

Excellent Business Position: A.M. Best recognises Munich Re's excellent business position in the world-wide reinsurance market, where it remains one of the market leaders, despite a significant premium reduction in the first nine months of 2004. In the German primary market, where Munich Re's generates the majority of its premiums, the company is likely to benefit from the higher demand for life policies in 2004 following a change in the taxation of life products earlier this year.

**Best's Rating: A+ u**  **Implication: Negative**

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2005: A+ u

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 07/12/05 | A+ u | 12/06/02 | A++ |
| 11/09/04 | A+ | 09/27/01 | A++ |
| 06/10/04 | A+ | 04/02/01 | A++ |
| 08/28/03 | A+ | 12/22/00 | A++ |
| 06/18/03 | A++ | | |

### BUSINESS REVIEW

Munich Re has a superior business position in the global reinsurance market and an excellent position in the German primary insurance market, via its subsidiary ERGO Versicherungsgruppe, where it is the second-largest group. In addition, Munich Re is the largest health and legal expense insurer in Europe. It is also the leading reinsurance provider in many of the numerous countries where it operates.

A.M. Best expects consolidated gross premiums in 2004 to have decreased moderately to EUR 39 billion in 2004 as non-life reinsurance business continues to decline (a drop of 8.4% to EUR 17.5 billion in the first nine months of 2004) reflecting Munich Re's adherence to underwriting targets in non-life reinsurance. The primary non-life gross premiums are growing very moderately (1.7% increased to EUR 4.2 billion) mainly because of automatic adjustments.

In life, increased domestic demand, particularly in the last quarter of 2004, following new taxation rules for annuity products, is offset by higher maturities leading to an overall decline in gross premiums (slight premium decline of 1.6% to EUR 8.8 billion in the first nine months of 2004). However, growth remains strong for life and health reinsurance business (10.9% increased to EUR 5.7 billion in the first nine months of 2004) due to a number of larger treaties underwritten.

Overall premium growth prospects in 2005 are likely to be limited. Renewals in property/casualty reinsurance are likely to result in relatively stable overall premium rates. However, A.M. Best anticipates the life/health reinsurance to continue growing in 2005, albeit at a slower pace. Consolidated gross premium from primary business are unlikely to grow in 2005 due to increasing domestic competition in non-life in Germany (ERGO's main market) and Ergo's mature life portfolio, which offsets new business from the introduction of new tax-beneficial life products.

**REINSURANCE:** Continued negative exchange rate movements and Munich Re's focus on profitable business are depressing reported property/casualty gross premiums (approximately EUR 16 billion for the full year in 2004). However, Munich Re will benefit from a relatively stable 2005 renewal season where softening, influenced by the hurricanes in the United States and the typhoons in Japan, was moderate. The recent Tsunami in Asia is not expected to have an impact on rates due to limited insurance cover.

Munich Re's reinsurance business is geographically well diversified, although Europe represents the largest business area with a share of approximately 53% of total gross premiums, with Germany and the United Kingdom accounting for approximately two-thirds of this. Munich Re also benefits from having one of the largest research facilities for natural catastrophes, which provides the group with a competitive advantage when writing catastrophe reinsurance business.

Munich's Re portfolio is still dominated by property and casualty business (approximately 68% of the total gross premium), but the strong growth of the life/health business is gradually shifting the split. The company sees excellent growth opportunities in the life/health sector due to the financial strains of social security systems worldwide leading to increased demands for private life and health solutions. The expansion in the United States and the opening of new offices in China and India underpin this strategy. In life and health reinsurance, a number of block transactions executed in 2004 were underpinning the approximate 10% growth for the year. Munich Re concentrates on providing risk transfer solutions rather than financial reinsurance, which is less capital intensive. Munich Re has a strong presence in Germany (where it is the market leader), the United Kingdom and the United States. These three countries account for more than two thirds of total life/health premiums. However, Munich Re is increasingly focusing on emerging markets such as China and India, where it expects considerable growth in the medium term as a growing middle class population is likely to drive higher demand for life insurance. A.M. Best believes that life/health reinsurance offers good business opportunities, not only in emerging markets, but also in developed countries where ageing societies and the associated problems of social security systems are likely to drive a higher demand for private insurance solutions.

**PRIMARY INSURANCE:** Munich Re's primary insurance business continues to be predominantly concentrated (approx. 80%) in Germany. The stronger focus on its core business and profitable markets is likely to stabilise the geographical split. Ergo has divested smaller operations in 2004 where business margins are not sufficient, such as, health insurance in the Netherlands and property insurance in Belgium. On the other hand Ergo acquired two smaller German health insurers and will sell health insurance products through Zurich's and Gerling's sales forces in 2004, but this will only have marginal impact on consolidated health premiums.

Munich Re's non-life primary operations is benefiting from automatic premium adjustments, in particular in legal expense and new business in personal liability as well as homeowners insurance. The overall growth of 1.7% to EUR 4.2 billion in the first nine months of 2004, was partially offset by the cessation of non-life business in Belgium.

In life, the new taxation rules for life products is creating short-term business opportunities for endowment products. There was a strong growth of new business in the last quarter of 2004 from clients seeking to capitalise on expiring tax rules, which will be offset by high payouts from expiring policies. Consequently, the premium decline in the life/health segment of 1.6% to EUR 8.8 billion experienced first nine months of 2004 was unlikely to be reversed in the last quarter of 2004. ERGO's main subsidiaries, Victoria and Hamburg-Mannheimer, sell their product domestically mainly through an extensive network of tied agents (approx. 17,000). In addition, Ergo's bancassurance co-operation with Hypo-Vereinsbank, one of Germany's largest retail banks, is developing fast with 2004 new business production already above the level originally anticipated for 2005.

Since the acquisition of Karstadt-Quelle Insurance in 2002, Ergo has been commercialising its products to the 19 million customers of the Karstadt-Quelle group and premium from this channel is growing strongly, although absolute levels remains small. The growth of this channel will remain challenging in the opinion of A.M. Best because of the high-level of advice traditionally associated with life products. In the domestic health insurance market, Ergo remains one of the leading providers offering comprehensive health products for employees and self-employed individuals who opt out of the national health insurance system. 2004 year-end premium will be affected by the divestment the Dutch health insurance operations, but A.M. Best believes that recent German government's decisions to restrict national health insurance benefits is likely to increase the demand for private medical insurance. This is underpinned by Ergo's recent agreement with a national health insurance provider to offer complementary private medical insurance to their insured

**ASSET MANAGEMENT:** MEAG, Munich Re's asset management arm, is responsible for the group's investments, but also offers asset management to institutional investors and retail clients. MEAG seeks to increase sales of retail funds through Ergo's tied agent network and to increase its third party asset-management mandates. A.M. Best believes the sale of bank affiliated products, such as mutual funds, is generally difficult through an insurance network, thus limiting market potential. In addition, MEAG might find it

2005 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/bir

2747

MUNICIPAL MUTUAL INSURANCE COMPANY

challenging to significantly increase market penetration in third party management among German insurers given that they are competing with Ergo companies in the insurance sector.

## CAPITALIZATION

Munich Re's risk-adjusted capitalisation remains stable after the reduction of its equity exposure and the reduction of its participation in Allianz and Hypo-Vereinsbank and the decline in reinsurance premium volume. At the same time, the increase in interest rates in the UK and the United States has lowered the revaluation reserves, but this was offset by increased retained earnings.

Prospectively, A.M. Best believes that uncertainties regarding claims inflations and potential changes in US claims pattern are building pressure on Munich Re's overall risk-based capitalisation.

Munich Re enjoys an excellent financial flexibility but A.M. Best does not anticipate any need to raise further capital in the near term. Financial leverage has increased in 2003, but remains within the level expected for the current rating.

**Reserve Quality:** A.M. Best remains concerned about continuing reserve strengthening at American Re for international business and alternative risk business and sees potential for further adverse development in respect of asbestos and environmental related claims due to uncertainties of future claims patterns and awards inflation. In the third quarter of 2004 American Re increased its claims reserves by another EUR 84 million mainly for the underwriting years 1997 to 2001.

Munich Re's largest single claim reserve is in respect of the World Trade Center (WTC) loss, with a net reserve of EUR 2.6 billion. To date, approximately one-third of this claim has been paid. The ultimate claims figures will also be dependent on the ongoing legal dispute between the owner of the World Trade Center and the panel of insurers. A.M. Best closely monitors the situation.

**Reinsurance Utilization:** A.M. Best believes Munich Re has appropriate retrocession protection in place. The retrocession programme provides cover on a per risk basis, and for natural perils on an aggregate basis, Munich Re provides stop-loss cover for all its subsidiaries. The largest retrocessionaire for traditional business is Allianz AG, with the remainder placed with high quality reinsurers. A.M. Best believes that despite the cancellation of the mutual agreement between the insurers, there is unlikely to be a significant change in their cession strategy. Munich Re benefits from its expertise in the research of natural catastrophes and allows the group to carefully monitor and control potential accumulation exposure. The largest exposure is in respect of a European windstorm.

## MANAGEMENT

A.M. Best believes that Munich Re continues to benefit from a highly experienced management team. Munich Re is currently streamlining ERGO's management structure whereby one board member would be responsible for a business unit (life, non-life and health), both on the holding level and on the operating level of the domestic subsidiaries. Ergo is continuing its single back office initiative for ERGO's operating entities which should result in further synergy effects.

Munich Re's main strategic objective is to consolidate its market position both in reinsurance world-wide and primary insurance in Germany whilst creating value for shareholders. In addition, Munich Re aims to selectively enhance its market position in the selective European primary insurance markets. A.M. Best believes that whilst Munich Re is well positioned as the leading world-wide non-life reinsurer, capital constraints and the current restructuring of ERGO are unlikely to result in a significant expansion outside its domestic core markets in primary insurance. In asset management Munich Re lacks economies of size to benefit from an increased outsourcing trend in Germany.

Munich Re could reach its goal of 12% after-tax return on equity at year-end 2005, benefiting from a relatively stable pricing environment in non-life reinsurance. However, A.M. Best anticipates that this will only be feasible if claims patterns for U.S. liability lines do not change and no further charges from Hypo-Vereinsbank are incurred. In any case, restoring the effect on capital of the recent hurricanes and Hypo-Vereinsbank will be challenging.

## REGULATORY

An annual independent audit of the company is conducted by KPMG Bayerische Treuhandgesellschaft AG Wirtschaftspruefungsgesellschaft.

---

**MUNICIPAL MUTUAL INSURANCE COMPANY**
560 First Street, Suite C105, Benicia, CA 94510
Web: www.Municipalmutual.com

Tel: 707-751-5850                                    Fax: 707-751-5875
AMB#: 11584                                          NAIC#: 10002
FEIN#: 33-0553479

### BEST'S RATING

The company is assigned the classification of NR-5 (Not Formally Followed) as it is a company that A. M. Best gathers information on and reports on, but is not formally evaluated for the purposes of assigning a rating. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2005: NR-5

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/27/05 | NR-5 | 07/10/01 | NR-2 |
| 06/11/03 | NR-5 | 06/28/00 | NR-2 |
| 06/20/02 | NR-5 | | |

### KEY FINANCIAL INDICATORS ($000)

| | Statutory Data | | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders Surplus |
| 2000 | 1,928 | 1,216 | -239 | -182 | 8,093 | 5,988 |
| 2001 | 5,535 | 4,142 | 31 | -52 | 10,541 | 5,904 |
| 2002 | 13,012 | 10,025 | -4,052 | -4,481 | 14,726 | 1,488 |
| 2003 | 10,523 | 9,485 | 244 | 57 | 15,515 | 1,779 |
| 2004 | 1,049 | 941 | -370 | -370 | 7,440 | 1,413 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash flow (%) |
| 2000 | 143.0 | 3.9 | -20.3 | 34.1 | 0.2 | 0.6 | 384.5 | 107.5 |
| 2001 | 104.7 | 3.8 | 0.8 | 28.9 | 0.7 | 1.5 | 227.4 | 130.1 |
| 2002 | 147.9 | 3.1 | -47.6 | 83.8 | 6.7 | 15.6 | 111.2 | 168.2 |
| 2003 | 102.8 | 2.2 | 2.2 | 0.1 | 5.3 | 13.0 | 113.0 | 119.9 |
| 2004 | 166.0 | 3.0 | -27.1 | 0.2 | 0.7 | 4.9 | 123.4 | |
| 5-Yr | 122.8 | 3.1 | -16.8 | … | … | … | … | |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Workers' Compensation Composite.

### BUSINESS REVIEW

#### 2004 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| | Premiums Written | | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Product Line | Direct | Net | | | |
| Workers' Comp | 1,049 | 941 | 100.0 | 65.0 | 3,948 |
| All Other | … | … | … | … | 1,271 |
| Totals | 1,049 | 941 | 100.0 | 65.0 | 5,219 |

**Major 2004 Direct Premium Writings by State ($000):** California, $1,049 (100.0%).

### CAPITAL GENERATION ANALYSIS ($000)

| | Source of Surplus Growth | | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
| 2000 | -239 | -95 | … | 3 | -331 | |
| 2001 | 31 | -94 | … | -21 | -84 | |
| 2002 | -4,052 | -360 | … | -5 | -4,416 | |
| 2003 | 244 | 14 | … | 33 | 291 | |
| 2004 | -370 | 1 | … | 2 | -367 | |
| 5-Yr | -4,386 | -533 | 0 | 12 | -4,906 | |

### QUALITY OF SURPLUS ($000)

| | | % of PHS | | | Dividend Requirements | |
|---|---|---|---|---|---|---|
| Period Ending | Year-End PHS | Cap. Stock/ Contrib. Cap. | Other | Unassigned Surplus | Stockholder Divs | Div. To POI (%) |
| 2000 | 5,988 | 167.0 | … | -67.0 | … | … |
| 2001 | 5,904 | 169.4 | … | -69.4 | … | … |
| 2002 | 1,488 | 672.0 | … | -99.9 | … | … |
| 2003 | 1,779 | 562.0 | … | -99.9 | … | … |
| 2004 | 1,413 | 708.0 | … | -99.9 | … | … |