14-Jan-08  14:30  From-Cozen O'Connor (NY)        212-908-1302

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GREAT LAKES REINSURANCE (UK) PLC as
subrogee of SONY BMG MUSIC ENTERTAINMENT/
HSI PRODUCTIONS,

                       Plaintiff,

    -against-

WOOSTER PARKING CORPORATION,

                       Defendant.
------------------------------------x

Index No.:
07 CV 10603

STIPULATION
EXTENDING TIME
TO ANSWER

IT IS HEREBY STIPULATED that the time for the Defendant WOOSTER PARKING CORPORATION to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 28th day of January, 2008

Dated: New York, New York
       January 15, 2008

COZEN O'CONNOR

_____
GUY A. BELL, ESQ. (GB-1217)
Attorneys for Plaintiff
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

WILKOFSKY, FRIEDMAN,
KAREL & CUMMINS

_____
DAVID B. KAREL (DK-3465)
Attorneys for Defendant
299 Broadway, Suite 1700
New York, New York 10007
(212) 285-0510

SO ORDERED,

_____
USDJ
1/18/08