UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) PLC as subrogee of SONY BMG MUSIC ENTERTAINMENT/HSI PRODUCTIONS,<br><br>                          Plaintiff,<br><br>        - against -<br><br>WOOSTER PARKING CORPORATION,<br><br>                          Defendant. | Docket No.:<br>2007 CIV 10603<br><br>Rule 7.1 Statement |

    Pursuant to Federal Rule of Civil Procedures 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WOOSTER PARKING CORPORATION (a private non-governmental party) certifies that WOOSTER PARKING CORPORATION has no corporate parents, affiliates and/or subsidiaries held publicly or otherwise.

Dated: New York, New York
       January 22, 2008

                                           Yours, etc.,

                                           WILKOFSKY, FRIEDMAN,
                                           KAREL & CUMMINS

                                           _____
                                           DAVID B. KAREL (DBK-3465)
                                           Attorneys for Defendant
                                           299 Broadway - Suite 1700
                                           New York, New York 10007
                                           (212) 285-0510

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510

To:   Cozen O'Connor
      45 Broadway Atrium, 16th Floor
      New York, New York 10006
      (212) 509-9400

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510