UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) PLC as subrogee of SONY BMG MUSIC ENTERTAINMENT/HSI PRODUCTIONS,<br><br>                              Plaintiff,<br><br>- against -<br><br>WOOSTER PARKING CORPORATION,<br><br>                              Defendant. | Docket No.:<br>2007 CIV 10603<br><br>**NOTICE OF DEPOSITION UPON ORAL EXAMINATION** |

SIRS:

      PLEASE TAKE NOTICE, that pursuant to the Federal Rules of Civil Procedure, Defendant, WOOSTER PARKING CORPORATION, by its attorneys, WILKOFSKY, FRIEDMAN, KAREL & CUMMINS, will depose, upon oral examination, Plaintiff by the person of Jeff Maksym, an individual with knowledge of the facts, at the law offices of WILKOFSKY, FRIEDMAN, KAREL & CUMMINS, 299 Broadway, Suite 1700, New York, New York on **February 29, 2008** at **10:00 o'clock** in the forenoon of that day.  The deposition will continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE, that the said person to be examined is required, pursuant to Rule 30 of the Fed. R. Civ.P., to produce originals of all books, records, documents, photographs, and papers pertaining to this action.

Dated: New York, New York
      January 22, 2008

    Yours, etc.,

    WILKOFSKY, FRIEDMAN,
      KAREL & CUMMINS

    _____
    DAVID B. KAREL (DBK-3465)
    Attorneys for Defendant
    299 Broadway - Suite 1700
    New York, New York 10007
    (212) 285-0510

To:  Cozen O'Connor
    45 Broadway Atrium, 16th Floor
    New York, New York 10006
    (212) 509-9400