UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                            Index No. 07CV10603

---

GREAT LAKES REINSURANCE (UK) PLC, AS SUBROGEE OF SONY BMG MUSIC
ENTERTAINMENT/ HSI PRODUCTIONS,
                                                    , Plaintiff(s)
                        - against -

WOOSTER PARKING CORPORATION
                                                    , Defendant(s)

---

State of New York      )
                       )  SS.:
County of New York     )

AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 12/12/2007 at  4:30 AM at:
            WOOSTER PARKING CORPORATION
            349 CANAL STREET
            NEW YORK NY 10013
Deponent served the:
SUMMONS IN CIVIL ACTION
RULE 7.1 STATEMENT
COMPLAINT AND DEMAND FOR JURY TRIAL
on WOOSTER PARKING CORPORATION
a domestic and/or foreign corporation
by delivering thereat true copies to Raul Rodriguez
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Manager and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40 HEIGHT: 5'7''   WEIGHT: 180    HAIR: BLACK    RACE: LT BROWN SEX: MALE

SWORN TO BEFORE ME 12-14-07

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011

Yariela Gonzales    Lic. #1260358
OUR DOC# 20153
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
187841