| UNITED STATES DISTRICT COURT | CASE #: | 07-CV 10603 |
|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | | 20135 |

GREAT LAKES REINSURANCE (UK) PLC, ETC.

Plaintiff(s)/Petitioner(s)

against

WOOSTER PARKING CORPORATION,

Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 12/10/07 at 2:30 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION WITH VERIFIED COMPLAINT JURY TRIAL DEMANDED, RULE 7.1 STATEMENT, SUPPORTING DOCUMENTS**

upon:  **WOOSTER PARKING CORP. S/H/A WOOSTER PARKING CORPORATION**

defendant/respondent in this action by delivering and leaving with Carol Vogt authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | dark | 48-52 | 5'3" | 110 | |

Sworn to before me on: 12/10/2007

*[signature]* Jessica M. DeVoe
Notary Public

*[signature]* Michael Pickett

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | 102471 |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY | |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 8/2/09 | Commission expires 2/6/2013 | Commission Expires 5/30/10 | |

State of New York - Department of State
Receipt for Service

Receipt #: 200712110450
Date of Service: 12/10/2007
Service Company: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Cash #: 200712110401
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: WOOSTER PARKING CORP.

Plaintiff/Petitioner:
    GREAT LAKES REINSURANCE (UK) PLC

Service of Process Address:
WOOSTER PARKING CORP.
303 EAST SIXTH STREET
NEW YORK, NY 10003

Secretary of State
By CAROL VOGT