UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

GREAT LAKES REINSURANCE (UK)
P.L.C. as subrogee of Sony BMG
Music Entertainment/HSI
Productions,

           Plaintiff,

    - against -

WOOSTER PARKING CORP.,

           Defendant.
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2008

**ORDER**

07 Civ. 10603 (DC)

**CHIN, District Judge**

    It having been reported to this Court that this action does not satisfy the $75,000 amount-in-controversy requirement for federal jurisdiction pursuant to 28 U.S.C. § 1332(a), and that this matter was accordingly re-filed in Supreme Court, New York County, IT IS HEREBY ORDERED that this action is discontinued, without prejudice and without costs.

    SO ORDERED.

Dated:    New York, New York
           May 6, 2008

                                      DENNY CHIN
                                      United States District Judge